```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
EUGENE DUNCAN, individually and on behalf of all                  :
other persons similarly situated,                                 :
                                                                  :
                               Plaintiff,                         :       19-cv-7925 (LJL)
                                                                  :
               -v-                                                :       ORDER
                                                                  :
MARCEL AT GRAMERCY LLC,                                           :
                                                                  :
                               Defendant.                         :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

LEWIS J. LIMAN, United States District Judge:

On January 10, 2020, the parties submitted a joint letter on the status of their settlement discussions in which they indicated that they were close to a resolution and requested an additional two weeks to finalize a settlement agreement. Dkt. No. 13. The Court granted this request on January 13, 2020. Dkt. No. 14.

It is hereby ORDERED that the parties submit a joint letter updating the Court on the status of their settlement discussions by February 27, 2020.

IT IS FURTHER ORDERED that a status conference is scheduled for April 3, 2020 at 10:30 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

The parties shall, by March 27, 2020 at 5:00 p.m., jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

SO ORDERED.

Dated: February 20, 2020
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge