```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EUGENE DUNCAN, individually and on behalf of all                 :
other persons similarly situated,                                :
                                                                 :
                                Plaintiff,                       :     19-cv-7925 (LJL)
                                                                 :
        -v-                                                      :     ORDER
                                                                 :
MARCEL AT GRAMERCY LLC,                                          :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020

LEWIS J. LIMAN, United States District Judge:

    The Court held a status conference on May 19, 2020. Per the Court's order at that conference, the parties shall either inform the Court of settlement or appear at the next status conference scheduled for June 9, 2020 at 2:00 p.m.

    It is further ordered that, at least two business days prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.

    SO ORDERED.

Dated: May 22, 2020
       New York, New York
                                                         LEWIS J. LIMAN
                                                  United States District Judge