```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EUGENE DUNCAN, individually and on behalf of all                 :
other persons similarly situated,                                :
                                                                 :
                                Plaintiff,                       :      19-cv-7925 (LJL)
                                                                 :
        -v-                                                      :      ORDER
                                                                 :
MARCEL AT GRAMCERY LLC,                                          :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/2020

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case.  *See* Dkt. No. 22.  Accordingly, it is hereby ORDERED that any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

The parties shall submit their Stipulation of Settlement within thirty (30) days of this Order.


SO ORDERED.

Dated: June 22, 2020                    _____
       New York, New York                         LEWIS J. LIMAN
                                              United States District Judge